The order is right and must be affirmed, with costs.

VAN BRUNT, P. J., BARRETT, PATTERSON and O'BRIEN, JJ., concurred.

Order affirmed, with costs.

---

Fourth Appellate Department, February, 1900. Reported. 48 App. Div. 633.

HENRY H. LYMAN as Commissioner of Excise of the State of New York, Respondent, *v.* JOHN M. KURTZ, Defendant, and the CITY TRUST, SAFE DEPOSIT AND SURETY COMPANY OF PHILADELPHIA, Appellant.

Order affirmed, with costs.

All concurred.

ADAMS, P. J., not sitting.